**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)

**Niyanyawh Zakiyyah Nicole Sims**
4135 Shining Armor Drive
Conley, GA 30288

Case No.: **15–59212–wlh**
Chapter:  **7**
Judge:  **Wendy L. Hagenau**

**xxx–xx–7957**

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO
DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge
under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said
Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is
hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_Wendy L. Hagenau_
_____

Wendy L. Hagenau
United States Bankruptcy Judge

Dated:  September 15, 2015

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 15-59212-wlh
Niyanyawh Zakiyyah Nicole Sims                                            Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: goryy          Page 1 of 2          Date Rcvd: Sep 15, 2015
                             Form ID: 182          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2015.
db            +Niyanyawh Zakiyyah Nicole Sims,    4135 Shining Armor Drive,    Conley, GA 30288-1960
aty           +Craig Z. Black,    The Semrad Law Firm, LLC,    Suite 3600,    101 Marietta Street, NW,
               Atlanta, GA 30303-2716
ust            Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
               Atlanta, GA  30303
19042236      +1st Finl Invstmnt Fund,    3091 Governors Lake Dr,    Peachtree Corners, GA 30071-1135
19042237      +Aamco Transmission,    All in One, Inc.,    5460 Jonesboro Road,    Morrow, GA 30260-3536
19042241      +Department of Justice, Tax Div,    Civil Trial Section, Southern,
               PO Box 14198; Ben Franklin Sta,    Washington, DC 20044-4198
19042248      +Mack's Auto Sales,    4620 Old Jonesboro Road,    Forest Park, GA 30297-1557
19042249      +New Creation Enterprises,    PO Box 764,    Holly Springs, GA 30142-0764
19042250      +Office of the Attorney General,    40 Capitol Square, SW,    Atlanta, GA 30334-9057
19042252      +Scana Energy Marketing,    3344 Peachtree Rd Ne Ste,    Atlanta, GA 30326-4808
19042254       Special Assistant U.S. Attorne,    401 W. Peachtree Street, NW,    STOP 1000-D, Suite 600,
               Atlanta, GA 30308
19042255      +Thrift Investment Corp,    Po Box 538,    Fords, NJ 08863-0538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BJGWATTS.COM Sep 15 2015 20:48:00     Janet G. Watts,    600 North Glynn Street,    Suite C,
               Fayetteville, GA 30214-6716
19042238      +EDI: ACBK.COM Sep 15 2015 20:48:00      American Credit Accept,    961 E Main St,
               Spartanburg, SC 29302-2185
19042239      +E-mail/Text: banko@berkscredit.com Sep 15 2015 21:20:26     Berks Credit & Coll,
               900 Corporate Dr,    Reading, PA 19605-3340
19042242      +E-mail/Text: bknotice@errcollections.com Sep 15 2015 21:21:26     Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
19042243       EDI: GADEPTOFREV.COM Sep 15 2015 20:49:00     Georgia Department of Revenue,    Bankruptcy Unit,
               1800 Century Blvd. Suite 17200,    Atlanta, GA 30345-3205
19042240       E-mail/Text: bankruptcy@gbmail.com Sep 15 2015 21:22:19     Best Bank,    PO Box 240200,
               Milwaukee, WI 53224
19042244       EDI: HFC.COM Sep 15 2015 20:48:00     Hsbc/tax,    Po Box 15524,    Wilmington, DE 19850
19042246       EDI: IRS.COM Sep 15 2015 20:48:00     Internal Revenue Service,    401 W Peachtree St. NW,
               Stop 334-D,    Atlanta, GA 30308
19042247       EDI: JEFFERSONCAP.COM Sep 15 2015 20:48:00     Jefferson Capital Systems,    16 Mcleland Rd,
               Saint Cloud, MN 56303
19042251      +E-mail/Text: bankruptcy@progfinance.com Sep 15 2015 21:21:28     Progressive Finance,
               11629 South 700 East,    Ste 250,    Draper, UT 84020-8399
19042253       E-mail/Text: bankruptcy@senexco.com Sep 15 2015 21:19:36     Senex Services Corp,
               333 Founds Rd,    Indianapolis, IN 46268
19046184      +E-mail/Text: usagan.bk@usdoj.gov Sep 15 2015 21:21:03     U. S. Attorney,
               600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta, GA 30303-3315
19042257      +E-mail/Text: usagan.bk@usdoj.gov Sep 15 2015 21:21:03     United States Attorney's Offic,
               75 Spring Street, S.W.,    Suite 600 U.S. Courthouse,    Atlanta, GA 30303-3315
                                                                                       TOTAL: 13

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19042245*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
19042256      ##+Transworld Systems Inc,    2235 Mercury Way Ste 275,    Santa Rosa, CA 95407-5463
                                                                           TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2015                          Signature:   /s/Joseph Speetjens

District/off: 113E-9          User: goryy               Page 2 of 2          Date Rcvd: Sep 15, 2015
                             Form ID: 182               Total Noticed: 25

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2015 at the address(es) listed below:
          Craig Z. Black   on behalf of Debtor Niyanyawh Zakiyyah Nicole Sims rjsatlcourtdocs@gmail.com
          Janet G. Watts    janet3870@att.net,  GA35@ecfcbis.com
          Office of the United States Trustee   ustpregion21.at.ecf@usdoj.gov
                                                                        TOTAL: 3